Ellis *v.* Dubin (et al., Appellants).

Argued April 22, 1959.   Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN and McBRIDE, JJ.

reargument refused June 19, 1959.

*Charles L. Guerin, Jr.*, for appellants.

*Abraham L. Shapiro*, with him *Reuben E. Cohen*, and *Cohen, Shapiro and Cohen*, for appellees.

OPINION PER CURIAM, May 28, 1959:

The members of the Court, who sat for the argument of this appeal, being evenly divided in opinion, the decree is affirmed; each party to pay its or their own costs.

Mr. Justice BOK took no part in the consideration or decision of this case.